ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ROBERT M. ADAMS, ESQ.
Nevada Bar No. 6551
RICHARD K. HY, ESQ.
Nevada Bar No. 12406
**EGLET PRINCE**
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Tel.:    702-450-5400
Fax:    702-450-5451
Email eservice@egletlaw.com
-and-
JONATHAN E. LOWY, ESQ.
*(Pro Hac Vice Forthcoming)*
District of Columbia Bar No. 418654
**BRADLEY CENTER TO PREVENT GUN VIOLENCE**
840 1ST Street, NE, #400
Washington, DC 20002
Telephone: 202-370-8104
Email: jlowy@bradymail.org
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEVON PRESCOTT, individually and on behalf of all those similarly situated; BROOKE FREEMAN, individually and on behalf of all those similarly situated; TASANEEPORN UPRIGHT, individually and on behalf of all those similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>SLIDE FIRE SOLUTIONS, LP, a Foreign Corporation; DOE MANUFACTURERS 1 – 100, inclusive; and ROE RETAILERS 1- 100, inclusive,<br><br>        Defendants. | CASE NO.:  2:18-cv-00296-GMN-GWF<br><br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE REGARDING DEFENDANT SLIDE FIRE SOLUTIONS, LP.'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, DEVON

PRESCOTT, BROOKE FREEMAN and TASANEEPORN UPRIGHT ("Plaintiffs") and

1  Defendant, SLIDE FIRE SOLUTIONS, LP ("Defendant"), by and through the parties'

2  respective counsel, pending the Court's approval, the date for Plaintiffs to file their opposition

3  to Defendant Slide Fire Solutions LP's Motion to Dismiss the Complaint Pursuant to Rules

4  12(b)(2) and 12(b)(6) (the "Motion") (Dkt. No. 8) to be extended from March 9, 2018 to March

5  30, 2018.  The Motion was filed on February 23, 2018.

6        IT IS FURTHER STIPULATED AND AGREED that Defendant will have up to and

7  including April 20, 2018 to file its reply in support of the Motion.

8        The purpose of requesting this extension is due to the complexities of the legal

9  issues unique to this case, which likely will involve issues of first impression to our

10  federal bench. An extension of time will assist the parties to adequately brief these issues before

11  this Court.

12        Pending the Court's approval, counsel for Defendant has agreed to a 21-day extension,

13  through and until March 30, 2018, for Plaintiffs to file an Opposition to the Motion in this

14  matter. Plaintiffs have also agreed to Defendant's request to file Defendant's reply in support of

15  the Motion through and until April 20, 2018.

16        This is the first extension requested in connection with the underlying motion and the

17  parties do not anticipate requesting another extension as it relates to the instant motion.

18  ///

19  ///

20  ///

21

22

23

24

25

26

27

28

EGLET PRINCE

For these reasons, the parties respectfully request that this Court approve the foregoing stipulation.

DATED this 7th day of March, 2018

/s/Robert M. Adams, Esq.
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ROBERT M. ADAMS, ESQ.
Nevada Bar No. 6551
RICHARD K. HY, ESQ.
Nevada Bar No. 12406
**EGLET PRINCE**
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
-and-
JONATHAN E. LOWY, ESQ.
*(Pro Hac Vice Forthcoming)*
District of Columbia Bar No. 418654
**BRADLEY CENTER TO PREVENT GUN VIOLENCE**
840 1ST Street, NE, #400
Washington, DC 20002
Telephone: 202-370-8104
Email: jlowy@bradymail.org
*Attorneys for Plaintiffs*

DATED this 7th day of March, 2018

/s/F. Thomas Edwards, Esq.
JAMES D. BOYLE, ESQ.
Nevada Bar No. 8384
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
**HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON**
400 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
-and-
JEFFREY MALSCH, ESQ.
*(Pro Hac Vice Forthcoming)*
DANNY C. LALLIS, ESQ.
*(Pro Hac Vice Forthcoming)*
**PISCIOTTI MALSCH, PC**
30 Columbia Turnpike, Suite 205
Florham Park, New Jersey 07932
*Attorneys for Defendant Slide Fire Solutions, LP*

**ORDER**

**IT IS SO ORDERED.**

Dated this ___8___ day of March, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE

3