# EXHIBIT 1

**AFFIDAVIT OF ROBERT T. EGLET IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULES 12(b)(2) AND 12 (b)(6)**

STATE OF NEVADA      )
                                     ) ss.
COUNTY OF CLARK    )

I, ROBERT T. EGLET, being first duly sworn, deposes and states:

1. That I am an attorney licensed to practice law in the State of Nevada and am counsel for Plaintiffs' Devon Prescott, Brooke Freeman and Tasaneeporn Upright. I have examined the Exhibits attached to this affidavit and they are true and correct copies of the screen shots of the websites referenced in this Opposition.

2. That Exhibit 2 to this Affidavit is a true and correct copy of the screen shot of the SHOT Show Exhibitor List for 2016 and SHOT Show Exhibitor Lists for 2017 that may be accessed at:
   - https://n2a.goexposoftware.com/events/ss2016/goExpo/exhibitor/viewExhibitorProfile.php?__id=538; and
   - https://n2a.goexposoftware.com/events/ss17/goExpo/exhibitor/viewExhibitorProfile.php?__id=1631

3. FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 30th day of March, 2018.

_____
ROBERT T. EGLET

SUBSCRIBED AND SWORN TO before me this 30th day of March 2018.

_____
Notary Public for said County and State

LOTUS S. HERRERA
NOTARY PUBLIC
STATE OF NEVADA
My Comm. Expires: 01-11-2021
Certificate No: 17-1268-1