# EXHIBIT 2



**SHOT Show Store**
Get your official 2016 SHOT Show Gear!
Level 2 Lobby & G Hall Entrance

**Contact Us** | **About 2016 SHOT Show Planner**

Login to 2016 SHOT Show Planner Now or Register for 2016 SHOT Show Now.



| Home | New Product Center | Exhibitors | Floor Plan | Show Promotions | Seminars | Announcements | Digital Press Releases | Celebrity Appearances | |

## Slide Fire Solutions

You must log in to view additional information about this exhibitor.

**Main Contact:**

**Exhibitor**
Booth: 2363

    Add to Planner
    New Private Message

### About the Company:

Slide Fire Solutions® ground breaking "Slide Stock®" technology and ergonomic design provide individuals the ability to bump fire more safely - offering another element of entertainment for recreational shooters everywhere! Applying principles that have been used for over 40 years to bump fire - this new radical design ensures the operator can hold the rifle correctly without compromising their own safety or the safety of others around them. (less)

**Additional Info:**

Company's Categories:

- Firearm Grips & Stocks
- Firearms

**2016 SHOT Show Planner Sponsors:**








 

Contact Us | About 2017 SHOT Show Planner

Login to 2017 SHOT Show Planner Now or Register for 2017 SHOT Show Now.

 

| Home | New Products | Exhibitors | Floor Plan | Show Promotions | Education/Events | Digital Press Releases | Celebrity Appearances |

## Slide Fire Solutions

You must log in to view additional information about this exhibitor.

**Main Contact:**

**Exhibitor**
Booth: 2807

Add to SHOT Show Planner
New Private Message

### About the Company:

Slide Fire Solutions® ground breaking "Slide Stock®" technology and ergonomic design provide individuals the ability to bump fire more safely - offering another element of entertainment for recreational shooters everywhere! Applying principles that have been used for over 40 years to bump fire - this new radical design ensures the operator can hold the rifle correctly without compromising their own safety or the safety of others around them. (less)

**Additional Info:**

Company's Categories:

- Firearm Grips & Stocks
- Firearms

**2017 SHOT Show Planner Sponsors:**

