UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEVON PRESCOTT,<br><br>　　　　　　　　Plaintiff,<br>v.<br>SLIDE FIRE SOLUTIONS, LP,<br><br>　　　　　　　　Defendant. | Case No. 2:18-cv-00296-GMN-GWF<br><br>**ORDER** |

　　　　The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned. Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

　　　　Based on the foregoing and good cause appearing therefor,

　　　　**IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

　　　　Dated this 4th day of June, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1