JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
Email: jboyle@nevadafirm.com
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 09549
Email: tedwards@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Phone: 702/791-0308
Fax: 702/791-1912

JEFFREY MALSCH, ESQ.
(Admitted Pro Hac Vice)
E-mail: jmalsch@pmlegalfirm.com
DANNY C. LALLIS, ESQ.
(Admitted Pro Hac Vice)
E-mail: dlallis@pmlegalfirm.com
PISCIOTTI MALSCH PC
30 Columbia Turnpike, Suite 205
Florham Park, New Jersey 07932
Phone: (973) 245-8100

*Attorneys for Defendant Slide Fire Solutions, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEVON PRESCOTT, individually and on behalf of all those similarly situated; BROOKE FREEMAN, individually and on behalf of all those similarly situated; TASANEEPORN UPRIGHT, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SLIDE FIRE SOLUTIONS, LP, a Foreign Corporation; DOE MANUFACTURERS 1 – 100, inclusive; and ROE RETAILERS 1 – 100, inclusive,<br>Defendants. | CASE NO.: 2:18−cv−00296−GMN−GWF<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS**<br><br>**(First Request)**<br><br>**(Oral Argument Requested)** |

Pursuant to LR IA 6-1 and 6-2, and pursuant to LR 7-1, Defendant Slide Fire Solutions, LP ("Defendant") and Plaintiffs Devon Prescott, Brooke Freeman and Tasaneeporn Upright, individually and on behalf of all those similarly situated (collectively, "Plaintiffs")[1], by and

---
[1] Defendant and Plaintiffs are hereinafter jointly referred to as the "Parties."

- 1 -

through their respective undersigned counsel, hereby stipulate and agree, and respectfully request that the Court stay the filing of a Discovery Plan and Scheduling Order required by Fed. R. Civ. P. 26(f) and LR 26-1(d), and the conducting of all discovery in this action, pending this Court's resolution of Defendant's Motion to Dismiss the Complaint Pursuant to Rules 12(b)(2) and 12(b)(6) (the "Motion to Dismiss") (Dkt. No. 8). This is the Parties' first request to stay the filing of a Discovery Plan and Scheduling Order required by Fed. R. Civ. P. 26(f) and LR 26-1(d), and the conducting of all discovery, in this action.

On May 8, 2018, counsel for Defendant and Plaintiffs conducted a discovery teleconference pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(d). During this conference, counsel discussed Defendant's Motion to Dismiss (Dkt. No. 8), with each party believing the Court should decide in their favor. Regardless, the parties respectfully suggest that a stay of all further discovery obligations under Fed. R. Civ. P. 26(f) and LR 26-1(d) is warranted pending the outcome of the Motion to Dismiss, and said stay will preserve valuable judicial resources, party resources, and time pending resolution thereof.

If the Court denies the Motion to Dismiss, in whole or in part, the Parties agree to submit a Discovery Plan and Scheduling Order within thirty (30) days after entry of the Court's order on the Motion to Dismiss.

To date, Plaintiffs have not moved to amend the Complaint on file in this action to identify any Doe Manufacturer or Roe Retailer defendants. As such, no other parties are affected by this Stipulation and Order.

///
///
///
///
///
///

For the foregoing reasons, the Parties respectfully suggest that good cause exists to grant the Parties' stipulated stay of discovery. The undersigned represent this stipulation is not intended for purposes of delay. If the Court deems it useful, the Parties are prepared to conduct a hearing on this stipulated request pursuant to LR 78-1.

DATED this 23rd day of May, 2018

**EGLET PRINCE**

/s/ Robert M. Adams
ROBERT T. EGLET, ESQ.
Nevada Bar No. 03402
ROBERT M. ADAMS, ESQ.
Nevada Bar No. 06551
RICHARD K. HY, ESQ.
Nevada Bar No. 12406
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101

**BRADY CENTER TO PREVENT GUN VIOLENCE**

JONATHAN E. LOWY, ESQ.
*(Admitted Pro Hac Vice)*
District of Columbia Bar No. 418654
840 1ST Street, NE, #400
Washington, DC 20002
Telephone: 202-370-8104
Email: jlowy@bradymail.org

*Attorneys for Plaintiffs*

DATED this 23rd day of May, 2018

**HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON**

/s/ F. Thomas Edwards
JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 09549
400 South Fourth Street, Suite 300
Las Vegas, Nevada 89101

**PISCIOTTI MALSCH, PC**

JEFFREY MALSCH, ESQ.
*(Admitted Pro Hac Vice)*
DANNY C. LALLIS, ESQ.
*(Admitted Pro Hac Vice)*
30 Columbia Turnpike, Suite 205
Florham Park, New Jersey 07932

*Attorneys for Defendant Slide Fire Solutions, LP*

**IT IS SO ORDERED.**

DATED: this __13__ day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that on the 23rd day of May, 2018, I caused the document entitled **STIPULATION AND ORDER TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS**, to be served as follows:

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| Robert T. Eglet, Esq.<br>Robert M. Adams, Esq.<br>Aaron D. Ford, Esq.<br>Erica D. Entsminger, Esq.<br>EGLET PRINCE<br>400 South Seventh Street, Suite 400<br>Las Vegas, Nevada 89101 | Plaintiffs Devon Prescott, Brooke Freeman and Tasaneeporn Upright, and all those similarly situated | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |
| Jonathan E. Lowy, Esq.<br>BRADY CENTER TO PREVENT GUN VIOLENCE<br>840 1st Street, NE #400<br>Washington, D.C. 20002 | Plaintiffs Devon Prescott, Brooke Freeman and Tasaneeporn Upright, and all those similarly situated | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |

/s/ *Sandra L. Sell*
An employee of Holley Driggs Walch
Fine Wray Puzey & Thompson

12459-01.001/Revised SAO to Stay Discovery