1  JAMES D. BOYLE, ESQ.
   Nevada Bar No. 08384
2  Email: jboyle@nevadafirm.com
   F. THOMAS EDWARDS, ESQ.
3  Nevada Bar No. 09549
   Email: tedwards@nevadafirm.com
4  HOLLEY DRIGGS WALCH
   FINE WRAY PUZEY & THOMPSON
5  400 South Fourth Street, Suite 300
   Las Vegas, Nevada 89101
6  Phone: 702/791-0308
   Fax:   702/791-1912
7
   JEFFREY MALSCH, ESQ.
8  (Admitted Pro Hac Vice)
   E-mail: jmalsch@pmlegalfirm.com
9  DANNY C. LALLIS, ESQ.
   (Admitted Pro Hac Vice)
10 E-mail: dlallis@pmlegalfirm.com
   PISCIOTTI MALSCH PC
11 30 Columbia Turnpike, Suite 205
   Florham Park, New Jersey 07932
12 Phone: (973) 245-8100

13 *Attorneys for Defendant Slide Fire Solutions, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEVAN PRESCOTT, individually and on behalf of all those similarly situated; BROOKE FREEMAN, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SLIDE FIRE SOLUTIONS, LP, a Foreign Corporation; DOE MANUFACTURERS 1 – 100, inclusive; and ROE RETAILERS 1- 100, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-00296-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND AND SET BRIEFING SCHEDULE REGARDING DEFENDANT SLIDE FIRE SOLUTIONS, LP.'S RESPONSE TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiffs, DEVAN PRESCOTT and BROOKE FREEMAN ("Plaintiffs"), and Defendant, SLIDE FIRE SOLUTIONS, LP ("Defendant"), by and through the

- 1 -

parties' respective counsel, pending the Court's approval, being that the current date for Defendant to file a response to Plaintiffs' First Amended Class Action Complaint (Doc. 29) (the "FAC") is October 22, 2018, pursuant to Fed. R. Civ. P. 15(a)(3), hereby STIPULATE AND AGREE that this filing deadline shall be extended to on or before November 2, 2018.

IT IS FURTHER STIPULATED AND AGREED that Plaintiffs' deadline to file their opposition to Defendant Slide Fire Solutions LP's anticipated Motion to Dismiss the First Amended Class Action Complaint (the "Motion") shall be on or before December 7, 2018, and Defendant will have up to and including December 21, 2018, to file its reply in support of the Motion.

This is the <u>first extension</u> requested in connection with this pleading and the parties do not anticipate requesting another extension as it relates to the Motion. The purpose of requesting this extension is due to the complexities of the legal issues unique to this case, which likely will involve issues of first impression to our federal bench. An extension of time will assist the parties to adequately brief these issues before this Court.

For these reasons, the parties respectfully request that this Court approve the foregoing stipulation.

| DATED this 16th day of October, 2018 | DATED this 16th day of October, 2018 |
|---|---|
| */s/ Richard Hy* | */s/ Jeffrey Malsch* |
| ROBERT T. EGLET, ESQ. | JEFFREY MALSCH, ESQ. |
| Nevada Bar No. 3402 | *(Pro Hac Vice)* |
| ROBERT M. ADAMS, ESQ. | DANNY C. LALLIS, ESQ. |
| Nevada Bar No. 6551 | *(Pro Hac Vice)* |
| RICHARD K. HY, ESQ. | **PISCIOTTI MALSCH, PC** |
| Nevada Bar No. 12406 | 30 Columbia Turnpike, Suite 205 |
| **EGLET PRINCE** | Florham Park, New Jersey 07932 |
| 400 South 7th Street, 4th Floor | *-and-* |
| Las Vegas, Nevada 89101 | JAMES D. BOYLE, ESQ. |
| -and- | *Nevada Bar No. 8384* |
| JONATHAN E. LOWY, ESQ. | F. THOMAS EDWARDS, ESQ. |
| (*Pro Hac Vice*) | *Nevada Bar No. 9549* |
| **BRADLEY CENTER TO PREVENT GUN VIOLENCE** | *HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON* |
| 840 1ST Street, NE, #400 | *400 South Fourth Street, Suite 300* |
| Washington, DC 20002 | *Las Vegas, Nevada 89101* |
| Telephone: 202-370-8104 | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | *Slide Fire Solutions, LP* |

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | **ORDER** |
| 4 | **IT IS HEREBY ORDERED** that the parties' Stipulation to Extend Time, (ECF No. 31), is **GRANTED.** |

DATED this __18__ day of October, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE