# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEVON PRESCOTT, et al., | Case No. 2:18-cv-00296-GMN-CWH |
| Plaintiffs, | **ORDER** |
| v. | |
| SLIDE FIRE SOLUTIONS, LP, | |
| Defendant. | |

This matter is before the court on plaintiffs' emergency motion for authorization to issue evidence preservation subpoenas (ECF No. 37), filed on January 29, 2019. Plaintiffs moved for authority to issue preservation subpoenas to Stephen Paddock's estate, the Las Vegas Metropolitan Police Department ("LVMPD"), and the Federal Bureau of Investigation's Las Vegas Office. The court then permitted plaintiffs to serve subpoenas under Rule 45 of the Federal Rules of Civil Procedure. (Order (ECF No. 39).) The court also set an expedited briefing schedule for the motion and a deadline for objections to the subpoenas. (*Id.*)

Defendant takes no position on plaintiffs' request to issue preservation subpoenas. (Resp. (ECF No. 45).) Paddock's estate and the LVMPD both object the subpoenas. (Objection (ECF Nos. 47, 48).) The FBI has not filed an objection, though the court does not know whether the FBI served an objection on plaintiffs. Plaintiffs respond to Paddock's estate that the subpoena is appropriate, in light of the circumstances. (Resp. (ECF No. 51).) Given the case's current procedural posture, absent a motion to compel, it does not appear that further court action is required at this time. *See* Fed. R. Civ. P. 45(d)(2)(B)(i).

//

//

//

IT IS THEREFORE ORDERED that the Clerk of Court terminate plaintiffs' emergency motion for authorization to issue evidence preservation subpoenas (ECF No. 37).

DATED: February 28, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE