JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
Email: jboyle@nevadafirm.com
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 09549
Email: tedwards@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Phone: 702/791-0308
Fax:    702/791-1912

JEFFREY MALSCH, ESQ.
(Admitted Pro Hac Vice)
E-mail: jmalsch@pmlegalfirm.com
DANNY C. LALLIS, ESQ.
(Admitted Pro Hac Vice)
E-mail: dlallis@pmlegalfirm.com
PISCIOTTI MALSCH PC
30 Columbia Turnpike, Suite 205
Florham Park, New Jersey 07932
Phone: (973) 245-8100

*Attorneys for Defendant Slide Fire Solutions, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEVON PRESCOTT, individually and on behalf of all those similarly situated; BROOKE FREEMAN, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SLIDE FIRE SOLUTIONS, LP, a Foreign Corporation; DOE MANUFACTURERS 1 – 100, inclusive; and ROE RETAILERS 1- 100, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-00296-GMN-GWF<br><br>**STIPULATION AND ORDER TO DEFER DEFENDANT SLIDE FIRE SOLUTIONS, LP.'S DEADLINE TO RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, Plaintiffs DEVON PRESCOTT and BROOKE FREEMAN ("Plaintiffs"), and Defendant SLIDE FIRE SOLUTIONS, LP ("Defendant"), by and through the parties' respective counsel, hereby STIPULATE AND AGREE as follows:

- 1 -

1. Plaintiffs filed their First Amended Class Action Complaint (the "FAC") on October 8, 2018 (ECF No. 29).

2. On October 19, 2018, this Court granted a Stipulation and Order to Extend and Set Briefing Schedule Regarding Defendant Slide Fire Solutions, L.P.'s Response to Plaintiffs' First Amended Class Action Complaint (First Request) (ECF No. 32) (the "MTD").

3. Defendant filed its Motion to Dismiss the First Amended Class Action Complaint Pursuant to Rule 12(b)(6) on November 2, 2018 (ECF No. 34). Plaintiffs filed a response to this motion (ECF No. 35) and Defendant filed its reply in support thereof (ECF No. 36).

4. On September 26, 2019, this Court entered an Order as to the MTD (ECF No. 58) (the "MTD Order"). In its MTD Order, this Court: (a) dismissed four claims of the FAC with prejudice; (b) dismissed six claims of the FAC without prejudice, with leave to amend; and (c) sustained one claim of the FAC. *See* MTD Order, at 30:16-25.

5. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendants' responsive pleading to the sole remaining claim of the FAC is presently due on or before October 10, 2019.

6. Pursuant to the MTD Order, Plaintiffs were granted through October 17, 2019 to file a Second Amended Complaint to address those claims of the FAC which were dismissed without prejudice and with leave to amend.

7. Insofar as the deadline for Defendants to respond to the sole remaining claim of the FAC precedes the deadline for Plaintiffs to file a Second Amended Complaint, and further insofar as counsel for Plaintiffs has indicated that Plaintiffs intend to file a Second Amended Complaint on or before October 17, 2019, counsel agree to the following:

   a. The deadline for Defendants to file a responsive pleading to the FAC, if any, shall be extended by and through November 1, 2019.

   b. If Plaintiffs file a Second Amended Complaint on or before October 17, 2019 as permitted in the MTD Order, Defendants shall not be required to file a responsive pleading to the FAC; and

   c. If Plaintiffs file a Second Amended Complaint on or before October 17, 2019 as permitted in the MTD Order, Defendants shall file a responsive pleading or motion to the Second Amended Complaint on or before November 8, 2019.

This is the <u>second extension</u> requested in connection with submission of a responsive pleading to the FAC. The purpose of requesting this extension is due to the overlapping deadlines set under the MTD Order and Fed. R. Civ. P. 12(b)(4)(A). An extension of time and possible vacating of the deadline for Defendants to respond to the FAC, based on the filing of a Second Amended Complaint, will conserve judicial and client resources and tailor focused pleadings to the operative pleading that is ultimately presented to this Court for adjudication.

For these reasons, the parties respectfully request that this Court approve the foregoing stipulation.

DATED this 9th day of October, 2019.

**EGLET PRINCE**

*/s/ Robert Eglet*
ROBERT T. EGLET, ESQ. (NBN 3402)
ROBERT M. ADAMS, ESQ. (NBN 6551)
RICHARD K. HY, ESQ. (NBN 12406)
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101

**BRADLEY CENTER TO PREVENT GUN VIOLENCE**

JONATHAN E. LOWY, ESQ. (PVH)
840 1ST Street, NE, #400
Washington, DC 20002
Telephone: 202-370-8104

*Attorneys for Plaintiffs*

DATED this 9th day of October, 2019.

**HOLLEY DRIGGS WALCH FINE PUZEY STEIN & THOMPSON**

*/s/ James D. Boyle*
JAMES D. BOYLE, ESQ. (NBN 8384)
F. THOMAS EDWARDS, ESQ. (NBN 9549)
400 South Fourth Street, Suite 300
Las Vegas, Nevada 89101

**PISCIOTTI MALSCH, PC**

JEFFREY MALSCH, ESQ. (PHV)
DANNY C. LALLIS, ESQ. (PHV)
30 Columbia Turnpike, Suite 205
Florham Park, New Jersey 07932

*Attorneys for Defendant Slide Fire Solutions, LP*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE /
UNITED STATES MAGISTRATE JUDGE

DATED: 10/11/19

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that on the 9th day of October, 2019, I caused the document entitled **STIPULATION AND ORDER TO DEFER DEFENDANT SLIDE FIRE SOLUTIONS, LP.'S DEADLINE TO RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**, to be served as follows:

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| Robert T. Eglet, Esq.<br>Robert M. Adams, Esq.<br>Erica D. Entsminger, Esq.<br>EGLET PRINCE<br>400 South Seventh Street, Suite 400<br>Las Vegas, Nevada 89101 | Plaintiffs Devon Prescott and Brooke Freeman, and all those similarly situated | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |
| Jonathan E. Lowy, Esq.<br>BRADY CENTER TO PREVENT GUN VIOLENCE<br>840 1st Street, NE #400<br>Washington, D.C. 20002 | Plaintiffs Devon Prescott and Brooke Freeman, and all those similarly situated | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |

*/s/ Katee MacElwain*
An Employee of Holley Driggs Walch Fine Puzey Stein & Thompson