1   ROBERT T. EGLET, ESQ.
    Nevada Bar No. 3402
2   ROBERT M. ADAMS, ESQ.
    Nevada Bar No. 6551
3   RICHARD K. HY, ESQ.
    Nevada Bar No. 12406
4   **EGLET ADAMS**
5   400 South 7th Street, 4th Floor
    Las Vegas, Nevada 89101
6   E-Mail:  eservice@egletlaw.com
7   Tel.:   (702) 450-5400
    Fax:    (702) 450-5451
8       – and –
9   JONATHAN E. LOWY, ESQ.
    *(Admitted Pro Hac Vice)*
10  District of Columbia Bar No. 418654
11  **BRADY CENTER TO PREVENT GUN VIOLENCE**
    840 1st Street, NE, #400
12  Washington, DC 20002
    Telephone: 202-370-8104
13  Email: jlowy@bradymail.org
    *Attorneys for Plaintiffs*
14

15              **UNITED STATES DISTRICT COURT**

16                **DISTRICT OF NEVADA**

17  DEVAN PRESCOTT, INDIVIDUALLY        CASE NO. 2:18-CV-00296-GMN-BNW
    AND ON BEHALF OF ALL THOSE
18  SIMILARLY SITUATED; BROOKE
    FREEMAN, INDIVIDUALLY AND ON        **STIPULATION AND ORDER TO**
19  BEHALF OF THOSE SIMILARLY           **EXTEND DEADLINE TO FILE**
    SITUATED;                           **SECOND AMENDED CLASS**
20                                      **ACTION COMPLAINT**
21              Plaintiffs,
                                        **(FIRST REQUEST)**
22  vs.

23
    SLIDE FIRE SOLUTIONS, LP, A
24  FOREIGN CORPORATION; DOE
    MANUFACTURERS 1 THROUGH 100,
25  INCLUSIVE; ROE RETAILERS 1
    THROUGH 100, INCLUSIVE. ,
26
27              Defendants.

28

Pursuant to LR IA 6-1, Plaintiffs DEVAN PRESCOTT and BROOKE FREEMAN ("Plaintiffs"), and Defendant SLIDE FIRE SOLUTIONS, LP ("Defendant"), by and through the parties' respective counsel, hereby STIPULATE AND AGREE to extend the deadline in which to file Plaintiffs' Second Amended Class Action Complaint.

Following the Court's Order with regard to Defendant's Motion to Dismiss [ECF No. 58] Plaintiffs have until October 17, 2019 to file a Second Amended Class Action Complaint. However, the parties respectfully seek an extension of through and until October 31, 2019 for the purpose of engaging in preliminary settlement discussions. Attorneys for defendant provided certain insurance information earlier this week to Plaintiffs' counsel which precipitated these early negotiations.

Therefore, the parties respectfully seek an extension for the purpose of engaging in these negotiations. Plaintiffs request through and until October 31, 2019 to file a Second Amended Complaint, to the extent one is filed. Defendant concomitantly requests through and until November 21, 2019 to file an answer or responsive pleading.

If granted, an extension of time will conserve judicial economy, client resources and allow the parties to potentially resolve this matter without further protracted litigation.

///
///
///
///
///
///
///
///
///
///
///

For these reasons, the parties respectfully request that this Court approve the foregoing stipulation.

DATED this __16th day of October, 2019.

DATED this 16th day of October, 2019.

**EGLET ADAMS**

**HOLLEY DRIGGS WALCH FINE PUZEY STEIN & THOMPSON**

*/s/ Robert M. Adams, Esq.*
ROBERT T. EGLET, ESQ.
ROBERT M. ADAMS, ESQ.
RICHARD K. HY, ESQ.
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101

*/s/ James D. Boyle, Esq.*
JAMES D. BOYLE, ESQ.
F. THOMAS EDWARDS, ESQ.
400 South Fourth Street, Suite 300
Las Vegas, Nevada 89101

-and-

-and-

**BRADLEY CENTER TO PREVENT GUN VIOLENCE**
JONATHAN E. LOWY, ESQ.
840 1st Street, NE #400
Washington, DC 20002
Telephone: 202-370-8104
*Attorneys for Plaintiffs*

**PISCIOTTI MALSCH, PC**
JEFFREY MALSCH, ESQ.
DANNY C. LALLIS, ESQ.
30 Columbia Turnpike, Suite 205
Florham Park, New Jersey 07932
*Attorneys for Defendant*
*Slide Fire Solutions, LP*

<u>**ORDER**</u>

**IT IS SO ORDERED.**
Dated this 17 day of October, 2019

_____
Gloria M. Navarro, District Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that on the <u>16</u>th day of October, 2019, I caused the document entitled **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT,** to be served as follows:

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| James D. Boyle, Esq.<br>F. Thomas Edwards, Esq.<br>HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON<br>400 South Seventh Street, Suite 300<br>Las Vegas, Nevada 89101 | Defendant Slide Fire Solutions, LP | □ Personal Service<br>■ Email/E-File<br>□ Fax Service<br>□ Mail Service |
| Jeffrey Malsch, Esq.<br>Danny C. Lallis, Esq.<br>PISCIOTTI MALSH PC<br>30 Columbia Turnpike, Suite 205<br>Florham Park, New Jersey 07932 | Defendant Slide Fire Solutions, LP | □ Personal Service<br>■ Email/E-File<br>□ Fax Service<br>□ Mail Service |

*/s/ Crystal Garcia*

_____
An employee of EGLET ADAMS