| | |
|---|---|
| 1 | JAMES D. BOYLE, ESQ. |
| | Nevada Bar No. 08384 |
| 2 | Email: jboyle@nevadafirm.com |
| | F. THOMAS EDWARDS, ESQ. |
| 3 | Nevada Bar No. 09549 |
| | Email: tedwards@nevadafirm.com |
| 4 | HOLLEY DRIGGS WALCH |
| | FINE WRAY PUZEY & THOMPSON |
| 5 | 400 South Fourth Street, Suite 300 |
| | Las Vegas, Nevada 89101 |
| 6 | Phone: 702/791-0308 |
| 7 | JEFFREY MALSCH, ESQ. |
| | (Admitted Pro Hac Vice) |
| 8 | E-mail: jmalsch@pmlegalfirm.com |
| | DANNY C. LALLIS, ESQ. |
| 9 | (Admitted Pro Hac Vice) |
| | E-mail: dlallis@pmlegalfirm.com |
| 10 | PISCIOTTI MALSCH PC |
| | 30 Columbia Turnpike, Suite 205 |
| 11 | Florham Park, New Jersey 07932 |
| | Phone: (973) 245-8100 |

*Attorneys for Defendant Slide Fire Solutions, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEVON PRESCOTT, individually and on behalf of all those similarly situated; BROOKE FREEMAN, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SLIDE FIRE SOLUTIONS, LP, a Foreign Corporation; DOE MANUFACTURERS 1 – 100, inclusive; and ROE RETAILERS 1- 100, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-00296-GMN-GWF<br><br>**STIPULATION AND ORDER SETTING DEADLINE TO RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>**(FOURTH REQUEST)** |

Pursuant to LR IA 6-1 and this Court's Minute Order dated November 4, 2019 (ECF No. 66),[1] Plaintiffs DEVON PRESCOTT and BROOKE FREEMAN ("Plaintiffs"), and Defendant

---
[1] Counsel for Plaintiffs apologizes to the Court for the inadvertent lodging of the previous version of this Stipulation (ECF No. 65) that omitted a key page to the document.

SLIDE FIRE SOLUTIONS, LP ("Defendant"), by and through the parties' respective counsel, hereby STIPULATE AND AGREE as follows:

1. Plaintiffs filed their First Amended Class Action Complaint (the "FAC") on October 8, 2018 (ECF No. 29).

2. On October 19, 2018, this Court granted a Stipulation and Order to Extend and Set Briefing Schedule Regarding Defendant Slide Fire Solutions, L.P.'s Response to Plaintiffs' First Amended Class Action Complaint (First Request) (ECF No. 32) (the "MTD").

3. Defendant filed its Motion to Dismiss the First Amended Class Action Complaint Pursuant to Rule 12(b)(6) on November 2, 2018 (ECF No. 34). Plaintiffs filed a response to this motion (ECF No. 35) and Defendant filed its reply in support thereof (ECF No. 36).

4. On September 26, 2019, this Court entered an Order as to the MTD (ECF No. 58) (the "MTD Order"). In its MTD Order, this Court: (a) dismissed four claims of the FAC with prejudice; (b) dismissed six claims of the FAC without prejudice, with leave to amend; and (c) sustained one claim of the FAC. *See* MTD Order, at 30:16-25.

5. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendants' responsive pleading to the sole remaining claim of the FAC was due on or before October 10, 2019.

6. Pursuant to the MTD Order, Plaintiffs were granted through October 17, 2019 to file a Second Amended Complaint (the "SAC") to address those claims of the FAC which were dismissed without prejudice and with leave to amend.

7. On October 17, 2019 this Court entered an Order granting the Parties' stipulation to extend the deadline for Plaintiffs to file a SAC to October 31, 2019, and, should Plaintiffs file such a pleading, setting the deadline for Defendants to respond to the SAC (ECF No. 64).

8. Plaintiffs elected to not file a SAC in response to the extended deadline to do so.

9. Thus, in light of the MTD Order, Defendant must file a responsive pleading to the FAC. The Parties hereby agree that Defendant must file its responsive pleading to the FAC on or before November 21, 2019.

This is the <u>fourth extension</u> requested in connection with submission of a responsive pleading to the FAC, based on the previous stipulations and orders related to responding to the

FAC and/or the SAC as noted above. The purpose of requesting this extension is to set a deadline for Defendant to respond to the sole remining claim of the FAC in light of Plaintiffs' election to not file a SAC.

For these reasons, the parties respectfully request that this Court approve the foregoing stipulation to extend the deadline for Plaintiffs to file a responsive pleading to the FAC to on or before November 21, 2019.

DATED this 6th day of November, 2019.                    DATED this 6th day of November, 2019.

**EGLET PRINCE**                                          **HOLLEY DRIGGS WALCH FINE PUZEY STEIN & THOMPSON**

*/s/ Robert Eglet*                                        */s/ James D. Boyle*
ROBERT T. EGLET, ESQ. (NBN 3402)                          JAMES D. BOYLE, ESQ. (NBN 8384)
ROBERT M. ADAMS, ESQ. (NBN 6551)                          F. THOMAS EDWARDS, ESQ. (NBN 9549)
RICHARD K. HY, ESQ. (NBN 12406)                           400 South Fourth Street, Suite 300
400 South 7th Street, 4th Floor                           Las Vegas, Nevada 89101
Las Vegas, Nevada 89101

**BRADLEY CENTER TO PREVENT GUN VIOLENCE**                **PISCIOTTI MALSCH, PC**

JONATHAN E. LOWY, ESQ. (PVH)                              JEFFREY MALSCH, ESQ. (PHV)
840 1ST Street, NE, #400                                  DANNY C. LALLIS, ESQ. (PHV)
Washington, DC 20002                                      30 Columbia Turnpike, Suite 205
Telephone: 202-370-8104                                   Florham Park, New Jersey 07932

*Attorneys for Plaintiffs*                                *Attorneys for Defendant*
                                                          *Slide Fire Solutions, LP*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE /
UNITED STATES MAGISTRATE JUDGE

DATED: 11/8/19

12459-01.001/2318545

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that on the 6th day of November, 2019, I caused the document entitled **STIPULATION AND ORDER SETTING DEADLINE TO RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT (FOURTH REQUEST)**, to be served as follows:

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| Robert T. Eglet, Esq.<br>Robert M. Adams, Esq.<br>Erica D. Entsminger, Esq.<br>EGLET PRINCE<br>400 South Seventh Street, Suite 400<br>Las Vegas, Nevada 89101 | Plaintiffs Devon Prescott and Brooke Freeman, and all those similarly situated | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |
| Jonathan E. Lowy, Esq.<br>BRADY CENTER TO PREVENT GUN VIOLENCE<br>840 1st Street, NE #400<br>Washington, D.C. 20002 | Plaintiffs Devon Prescott and Brooke Freeman, and all those similarly situated | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |

                         */s/ Kathy MacElwain*
                         An Employee of Holley Driggs Walch Fine Puzey Stein & Thompson

12459-01.001/2318545