LIESL FREEDMAN
General Counsel
Nevada Bar No. 5309
MATTHEW J. CHRISTIAN
Assistant General Counsel
Nevada Bar No. 8024
Las Vegas Metropolitan Police Department
400 S. Martin Luther King Blvd.
Las Vegas, Nevada 89106
Tel: (702) 828-3110
Fax: (702) 828-3191
Email: m16091c@lvmpd.com
*Attorneys for Las Vegas Metropolitan Police Department*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEVON PRESCOTT, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SLIDE FIRE SOLUTIONS, LP, <br><br> Defendant. | CASE NO: 2:18-cv-00296-GMN-CWH |

## LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S NOTICE TO TERMINATE ATTORNEY OF RECORD FOR THIS CASE, CM/ECF SERVICE LIST AND COURT DOCKET and [PROPOSED] ORDER

PLEASE TAKE NOTICE that the undersigned hereby requests that attorney, MATTHEW J. CHRISTIAN, Assistant General Counsel for the Las Vegas Metropolitan Police Department ("LVMPD"), be terminated from this case and removed from the Court's docket and CM/ECF service list(s), as Mr. Christian appeared only for the one-time purpose of responding to a preservation of evidence subpoena from the Plaintiffs. Mr. Christian's role in this case has concluded.

1

DATED this 10th day of March, 2020.

Respectfully submitted,

*/s/ Matthew J. Christian*
MATTHEW CHRISTIAN
Assistant General Counsel
Nevada Bar No. 8024
Las Vegas Metropolitan Police Department
400 S. Martin Luther King Blvd.
Las Vegas, Nevada 89106
*Attorney for Las Vegas Metropolitan Police Department*

**IT IS SO ORDERED**

**DATED: March 11, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

### CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of the Las Vegas Metropolitan Police Department, and on the 10th day of March, 2020, I did cause a true and correct copy of the foregoing document, **LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S NOTICE TO TERMINATE ATTORNEY OF RECORD FOR THIS CASE, CM/ECF SERVICE LIST AND COURT DOCKET and [PROPOSED] ORDER** to be filed and served electronically via the U.S. District Court's CM/ECF filing system.

*/s/ Shandell Auten*
An Employee of the Las Vegas Metropolitan
Police Department – Office of General Counsel