ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ROBERT M. ADAMS, ESQ.
Nevada Bar No. 6551
ARTEMUS W. HAM, ESQ.
Nevada Bar No. 7001
**EGLET ADAMS**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 450-5400
Facsimile: (702) 450-5451
Email: eservice@egletlaw.com

JONATHAN E. LOWY, ESQ.
*(Admitted Pro Hac Vice)*
District of Columbia Bar No. 418654
**BRADY CENTER TO PREVENT GUN VIOLENCE**
840 1st Street, NE, #400
Washington, DC 20002
Telephone: (202) 370-8104
Email: jlowy@bradymail.org
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEVAN PRESCOTT, individually and on behalf of all those similarly situated; BROOKE FREEMAN, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>SLIDE FIRE SOLUTIONS, L.P., a Foreign Corporation; DOE MANUFACTURERS 1 through 100, inclusive; ROE RETAILERS 1 through 100, inclusive,<br><br>    Defendants. | CASE NO.: 2:18-cv-00296-GMN-BNW<br><br>**STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

1   Plaintiffs DEVAN PRESCOTT and BROOKE FREEMAN, individually and on behalf of all those similarly situated, by and through their counsel of record ROBERT T. EGLET, ESQ., ROBERT M. ADAMS, ESQ. and ARTEMUS W. HAM, ESQ. of the law firm of EGLET ADAMS and Defendant SLIDE FIRE SOLUTIONS, L.P., by and through its counsel of record JAMES D. BOYLE, ESQ. and F. THOMAS EDWARDS, ESQ. of HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON as well as JEFFREY MALSCH and DANNY C. LALLIS, ESQ. of the law firm of PISCIOTTI MALSCH P.C., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate that the above-titled action shall be dismissed with prejudice as to all defendants, with each of the parties to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

2

IT IS FURTHER STIPULATED AND AGREED that all pending matters shall be vacated, and this case may now be closed.

DATED this 17th day of September, 2020.

*/s/ Robert M. Adams*

ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ROBERT M. ADAMS, ESQ.
Nevada Bar No. 6551
ARTEMUS W. HAM, ESQ.
Nevada Bar No. 7001
**EGLET ADAMS**
400 South 7th Street, Suite 400
Las Vegas, NV 89101
*Attorneys for Devan Prescott and Brooke Freeman*

Dated this 17th day of September, 2020.

*/s/ F. Thomas Edwards*

JAMES D. BOYLE, ESQ.
Nevada Bar No. 8384
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
**HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON**
400 South Fourth Street Suite 300
Las Vegas, Nevada 89101

and

JEFFREY MALSCH, ESQ.
(Admitted Pro Hac Vice)
DANNY C. LALLIS, ESQ.
(Admitted Pro Hac Vice)
**PISCIOTTI MALSCH P.C.**
30 Columbia Turnpike, Suite 205
Florham Park, New Jersey 07932
*Attorneys for Slide Fire Solutions, L.P.*

**IT IS SO ORDERED.**

Dated this   17   day of September, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of EGLET ADAMS and that on this 17th day of September, 2020, I did cause a true and correct copy of the foregoing document entitled **STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** to be served via the following:

| **VIA ELECTRONIC MAIL:** | **VIA ELECTRONICAL MAIL:** |
|---|---|
| James D. Boyle, Esq. | Jeffrey Malsch, Esq. |
| F. Thomas Edwards, Esq. | Danny C. Lallis, Esq. |
| **HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON** | **PISCIOTTI MALSCH PC** |
| 400 South Fourth Street, Suite 300 | 30 Columbia Turnpike, Suite 205 |
| Las Vegas, Nevada 89101 | Florham Park, New Jersey 07932 |
| Email: jboyle@nevadafirm.com | Email: jmalsch@pmblegalfirm.com |
| Email: tedwards@nevadafirm.com | Email: dlallis@pmlegalfirm.com |
| *Attorneys for Defendant Slide Fire Solutions, LP* | *Attorneys for Defendant Slide Fire Solutions, LP* |

*/s/ Makaela Otto*
An Employee of EGLET ADAMS

4